UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF VIRGINIA

| | | |
|---|---|---|
| **IN RE:** | : | Case No. 21-61196 |
| | : | |
| **Michelle Thomas,** | : | Chapter 13 |
| **Debtor.** | : | |
| | : | Judge Rebecca B. Connelly |
| | : | |

## WITHDRAWAL OF ATTORNEY FEE APPLICATION

COMES NOW, the Debtor's attorney, and hereby withdraws his Attorney Fee Application (Doc. No. 65) which was filed on December 13, 2022.

Respectfully submitted,

  /s/ Ashvin Pandurangi
ASHVIN PANDURANGI, ESQUIRE
Virginia State Bar No. 86966
211 Park Ave.
Falls Church, Virginia 22046
Telephone Number: (571) 969-6540
Fax Number: (571) 699-0518
ashvinp@vpbklaw.com
*Counsel for Debtor*