SIGNED THIS 13th day of December, 2022

THIS ORDER HAS BEEN ENTERED ON THE DOCKET.
PLEASE SEE DOCKET FOR ENTRY DATE.

Rebecca B. Connelly
UNITED STATES BANKRUPTCY JUDGE

UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF VIRGINIA

| In re:   Jeffery Edward Kemper | CASE NO.   22-60940 |
|---|---|
| Debtor(s) | CHAPTER   13 |

**ORDER**

A hearing was held in the above-captioned case on 11/17/2022. The outcome of said hearing was to be embodied in an order to be submitted by David C. Jones, Jr., Esq. No order has been submitted within the time allowed by Local Rule 9072-1. Accordingly, it is

**O R D E R E D**

That David C. Jones, Jr., Esq. shall appear before this Court on 1/11/2023, at 9:30 AM to SHOW CAUSE why such Order was not submitted to the Court as required by such rule, and if good cause not be shown, further to SHOW CAUSE why a monetary or other sanction should not be imposed upon such counsel for such failure. The hearing shall be held by video using Zoom software. Parties shall not appear in person. **The parties may access the hearing using the following URL: https://vawb-uscourts-gov.zoomgov.com/j/1603692643. Alternatively, parties may log in to their Zoom account and join the meeting using Meeting ID number 160 369 2643.** Submission of such Order and its entry by the Court prior to such hearing shall not cancel such hearing but shall be given such consideration as the Court shall determine appropriate. Dismissal of the above referenced case will not cancel the hearing on 1/11/2023.

Copies of this order are directed to be sent to the United States Trustee, the chapter 13 trustee, and to David C. Jones, Jr., Esq.

**END OF ORDER**

1